**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


CHERYL L. HOLLOWAY,

       Plaintiff,

                               CASE NO. 03-74737
v.                           HON. LAWRENCE P. ZATKOFF
                               MAGISTRATE JUDGE R. STEVEN WHALEN

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/


## OPINION AND ORDER


       Plaintiff filed the instant case seeking a reversal of the Commissioner's denial of Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Whalen's Report and Recommendation of April 13, 2007, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be DENIED and Defendant's Motion for Summary Judgment be GRANTED. Plaintiff has filed objections to the Report and Recommendation.

       After a thorough review of the transcript, the respective parties' motions, and the Report and Recommendation, and Plaintiff's objections, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

       Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED. Defendant's Motion for Summary Judgment is GRANTED. Accordingly, Plaintiff's

cause of action is DISMISSED WITH PREJUDICE.


IT IS SO ORDERED.



s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE


Dated:  May 21, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 21, 2007.


s/Marie E. Verlinde
Case Manager
(810) 984-3290